**LAW OFFICE OF ROBERT JACOVETTI, P.C.**
65 Columbia Road
Rockville Centre, New York 11570
516-992-8178 telephone 516-706-6333 facsimile
rcjesq@optonline.net

July 2, 2012

**VIA FAX (631) 712-5677**
**AND FIRST CLASS MAIL**

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

   Re: Frank Frasco et al., v. Mastic Beach Property Owners Association et al.
     Index No.: 12-2756

Dear Judge Bianco:

  This firm represents Plaintiffs in the above referenced action. Pursuant to Your Honor's <u>Individual Motion Practice Rule IIIA</u>, Plaintiffs' response letter to Defendants' letter motion is due to be served and filed today, Monday, July 2, 2012. We respectfully request that Plaintiffs be permitted the additional time to serve and file the response letter until Thursday, July 5, 2012 at 9:00AM.

  Please be advised that I was unable to respond to the letter motion immediately after receiving notice due to personal time away from the office. Defendants' counsel has consented to this request.

  If Your Honor requires additional information I can be reached at (516) 992-8178, or via email at rcjesq@optonline.net.

Respectfully yours,

Robert C. Jacovetti, (RJ 0822)

cc: Patrick Palladino